**Order filed May 12, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00100-CV
_____

## IN THE MATTER OF I.C.M., JR.

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2019-03425J**

## O R D E R

Appellant's brief was due April 28, 2022. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 13, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.